IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ORANGEBURG DIVISION

| | |
|---|---|
| Laquisha Smith, | ) Civil Action No. 5:17-02988-BHH |
| Plaintiff, | ) |
| v. | ) |
| Nancy A. Berryhill,<br>Acting Commissioner of the<br>Social Security Administration | ) |
| Defendant. | ) |

**ORDER**

Upon consideration of Defendant's Motion to Remand and any response thereto, it is hereby

ORDERED that Defendant's Motion is granted. Pursuant to the power of this Court to enter a judgment affirming, modifying, or reversing the Commissioner's decision with remand in Social Security actions under sentence four of 42 U.S.C. § 405(g), and in light of the Commissioner's request for remand of this action for further proceedings, this Court hereby reverses the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) with a remand of the cause to the Commissioner for further administrative proceedings.[1]

**AND IT IS SO ORDERED.**

/s/Bruce Howe Hendricks
United States District Judge

June 29, 2018
Florence, South Carolina

---

[1] The clerk of the Court will enter a separate judgment pursuant to the Federal Rules of Civil Procedure, Rule 58.